Julio R. WASHINGTON, Plaintiff–Appellant,

v.

HAMPTON ROADS SHIPPING ASSOCIATION; ILA Local 1248; ILA Local 970; Ila Seniority Board; Management/ILA Seniority Committee; Hampton Roads Shipping Association/ILA Contract Board; Hampton Roads District Council Local Industry Grievance Committee, Defendants–Appellees.

Lee BOOTHBY, Movant.

No. 02–1713.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 27, 2003.

Decided March 12, 2003.

Thomas R. Knoll, Sr., Staunton, Virginia; Lee Boothby, Washington, D.C., for Appellant. Dean T. Buckius, Christopher Ambrosio, Vandeventer Black, L.L.P., Norfolk, Virginia; Deborah C. Waters, Rutter, Walsh, Mills, & Rutter, L.L.P., Norfolk, Virginia; Charles S. Montagna, Montagna, Breit, Klein, Camden, L.L.P., Norfolk, Virginia, for Appellees.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Julio Washington appeals the district court's judgment granting summary judgment to the defendants and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Washington v. Hampton Roads,* CA–01–880–2 (E.D.Va. May 31, 2002). Having granted the motion to submit the case on briefs, we dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*